IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OTIS STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 15-1322-SCW |
| | ) | |
| WEXFORD HEALTH SOURCE, INC., DR. GARCIA, JOHN COE, DR. FENOGLIO, PHILLIP MARTIN, WARDEN STEPHEN DUNCAN, MIKE GUYER, C/O CHRISTIAN, CHARLES TANNER and C/O LEWIS, | ) ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

**JUDGMENT IN A CIVIL CASE**

Defendant WARDEN STEPHEN DUNCAN, MIKE GUYER, C/O CHRISTIAN, CHARLES TANNER and C/O LEWIS were dismissed with prejudice on January 4, 2016 by and Order entered by Chief Judge Michael J. Reagan (Doc. 7).

Defendant PHILLLIP MARTIN was dismissed with prejudice on November 1, 2017 by Stipulation (Doc. 75) and Order entered by Magistrate Judge Williams on December 1, 2017 (Doc. 79).

Defendants WEXFORD HEALTH SOURCE, INC., DR. GARCIA, JOHN COE and DR. FENOGLIO were granted summary judgment December 4, 2017 by a Order entered by Magistrate Judge Stephen C. Williams (Doc. 81).

THEREFORE, judgment is entered in favor of Defendants **WEXFORD HEALTH SOURCE, INC., DR. GARCIA, JOHN COE, DR. FENOGLIO, PHILLIP MARTIN, WARDEN STEPHEN DUNCAN, MIKE GUYER, C/O. CHRISTIAN, CARLES TANNER** and **C/O LEWIS** against Plaintiff **OTIS STEWART.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 5th day of December, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**